UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN D. MCALLISTER,<br>　　　　Plaintiff,<br><br>V.<br><br>ERNIE R. LEE, JOSEPH B. GILBERT,<br>DEWEY HUDSON, CARA L. TUSSEY,<br>and ED BROWN,<br>　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:16-cv-100-D** |

**Decision by the Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS plaintiff's application to proceed in forma pauperis [D.E. 1], but DISMISSES plaintiff's complaint as frivolous.

**This Judgment Filed and Entered on March 14, 2017, and Copies To:**

John D. McAllister　　　　　　　　　　　　(Sent to 3500 Regents Park Ln. Greensboro, NC 27455 via US Mail)

DATE:　　　　　　　　　　　　　　PETER A. MOORE, JR., CLERK

March 14, 2017　　　　　　　　　(By) /s/ Nicole Briggeman
　　　　　　　　　　　　　　　　　　Deputy Clerk